WILLIAM F. BROWN, by JOSEPH F. BROWN, His Guardian ad Litem, Respondent, *v.* SAMUEL ROSEN, Appellant.

(Argued March 26, 1931; decided April 14, 1931.)

*Albert deRoode* for appellant.

*Samuel B. Seidel* and *Sidney Newborg* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.